# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re　　　　　　　　　　　　　　　　　　　)
　　**Mony Neth**　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)　　Case No.
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Debtor(s).　　　　　)
　　　　　　　　　　　　　　　　　　　　　)

## VERIFICATION OF MASTER ADDRESS LIST

　　I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

　　I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

　　I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:　　**April 13, 2017**　　　　　　　　　　　　/s/ Mony Neth
　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**　　　　　**Modesto Division**　　　　　　**Fresno Division**
501 I Street, Suite 3-200　　　　**Mailing Address:**　　　　　　2500 Tulare Street, Suite 2501
Sacramento, CA 95814　　　　　501 I Street, Suite 3-200　　　　Fresno, CA 93721
　　　　　　　　　　　　　　　　　Sacramento, CA 95814

　　　　　　　　　　　　　　　　　**Physical Address:**
　　　　　　　　　　　　　　　　　1200 I Street, Suite 4
　　　　　　　　　　　　　　　　　Modesto, CA 95354

EDC 2-100　(Rev. 7/15/14)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　Best Case Bankruptcy

Mony Neth

Atty Gen, US Dept of Justice
Civil Trial Sec., Western Reg.
PO Box 683, Ben Franklin Stat.
Washington, DC 20044

Cardworks/CW Nexus
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

Chase Auto Finance
National Bankruptcy Dept
201 N Central Ave Ms Az1-1191
Phoenix, AZ 85004

Credit One Bank
PO Box 60500
City of Industry, CA 91716

Fed Loan Sevicing
Po Box 69184
Harrisburg, PA 17106

Franchise Tax Board
Bankruptcy Unit Ste 120
11031 Sun Center Dr
Rancho Cordova, CA 95670

Fst Premier
601 S Minneapolis Ave
Sioux Falls, SD 57104

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Law Office of Harris & Zide
1445 Hungtington Drive
Suite 300
South Pasadena, CA 91030

Lending Club Corp
71 Stevenson St
Suite 300
San Francisco, CA 94105

Merrick Bank
P.O. Box 5721
Hicksville, NY 11802

```
Moore Law Firm
3710 S. Susan St.
Suite 210
P.O. Box 25145
Santa Ana, CA 92799

Net Credit Financial
Po Box 645295
Cincinnati, OH 45264

Onemain Financial/Citifinancial
6801 Colwell Blvd
Ntsb-2320
Irving, TX 75039

Palisades Collection
C/O Law Office of Harris and Zide
1445 Huntington Dr.
Suite 300
South Pasadena, CA 91030

Patelco Credit Union
Attention: Bankruptcy
Po Box 8020
Pleasanton, CA 94588

Plains Commerce Bank
PO Box 90340
Sioux Falls, SD 57109

Rushmore Service Center
PO Box 5508
Sioux Falls, SD 57117

Stellar Recovery Inc
Attn: Bankruptcy
4500 Salisbury Road Ste 105
Jackonville, FL 32216

Syncb/car Care Disc Ti
4125 Windward Plz
Alpharetta, GA 30005

Toyota Motor Credit Co
Po Box 8026
Cedar Rapids, IA 52408

US Attorney, Chief Tax Division
For the CA Franchise Tax Board
450 Golden Gate, Ave
10th Floor, Box 36055
San Francisco, CA 94102
```

```
Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040
```