Certificate Number: 13858-CAE-DE-029109489

Bankruptcy Case Number: 17-90302



13858-CAE-DE-029109489

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2017, at 10:39 o'clock PM PDT, Mony Neth completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date:    April 19, 2017               By:    /s/Edwin G. Calderon

                                      Name:  Edwin G. Calderon

                                      Title: Vice President